| | |
|---|---|
| 1 | TODD BLANCHE |
| | Deputy Attorney General of the United States |
| 2 | SIGAL CHATTAH |
| | First Assistant United States Attorney |
| 3 | District of Nevada |
| | Nevada Bar Number 8264 |
| 4 | DANIEL D. HOLLINGSWORTH |
| | Assistant United States Attorney |
| 5 | Nevada Bar No. 1925 |
| | 501 Las Vegas Boulevard South, Suite 1100 |
| 6 | Las Vegas, Nevada 89101 |
| | Tel: (702) 388-6336 |
| 7 | Fax: (702) 388-6787 |
| | Daniel.Hollingsworth@usdoj.gov |
| 8 | *Attorneys for the United States* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK R. TOPPO, M.D., | CV-S-02-1556-KJD-PAL |
| Plaintiff, | **Motion to Withdraw as Forfeiture Attorney** |
| v. | |
| $8,295.00 IN UNITED STATES CURRENCY SEIZED FROM THE FLOOR OF A 1996 CADILLAC OWNED BY KECIA POWELL ON JULY 31, 2002, and | |
| $17,800.00 IN UNITED STATES CURRENCY SEIZED FROM 121 PARRISH, LAS VEGAS, NEVADA, ON JULY 31, 2002, | |
| Defendants. | |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because

\

\

\

\

\

\

\

forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

Dated: December 30, 2025.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General of the United States

/s/ *Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:   1/6/2026